14281. Sea-Island Cotton Gin Co. *v.* Fowler.

Bell, J. · The verdict as rendered not being demanded, the first grant of a new trial will not be disturbed.

Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.

Decided November 23, 1923.

Complaint; from Treutlen superior court—Judge Graham. December 27, 1922.

*M. B. Calhoun,* for plaintiff.

*W. J. Wallace,* for defendant.